No. 747.   HERDMAN v. PENNSYLVANIA RAILROAD Co. C. A. 6th Cir.   Certiorari granted.   *J. Paul McNamara* for petitioner.   *Robert L. Barton* and *John Eckler* for respondent.

No. 749.   ARNHOLD ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari granted.   *Donald McL. Davidson* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Alan S. Rosenthal* for the United States.

No. 6, Misc.   BREITHAUPT v. ABRAM, WARDEN.   Supreme Court of New Mexico.   Certiorari granted.   *J. O. Seth* for petitioner.

No. 662.   NATIONAL DRYER MANUFACTURING CORP. ET AL. v. NATIONAL DRYING MACHINERY Co.; and

No. 729.   NATIONAL DRYING MACHINERY Co. v. NATIONAL DRYER MANUFACTURING CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.   *Daniel Mungall, Jr.* and *James E. Gallagher, Jr.* for the National Dryer Mfg. Corp. et al.   *Louis Necho* for the National Drying Machinery Co.

No. 716.   WINER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   *Robert N. Gorman, Harry Kasfir, John C. Crawford, Jr.* and *James M. Meek* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.